# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re:  )  No.: 20-11937-MLB
 )
    Darrin Lenald Cooper,  )
 )
 )
                    Debtors  )  Chapter 7
 )
 )

## EX-PARTE APPLICATION TO REOPEN CLOSED CASE UNDER 11 U.S.C. § 305(b) TO FILE A MOTION TO SHOW CAUSE FOR VIOLATION UNDER 11 USC 524(a)(2).

To the Honorable Marc Barreca:

The Debtor, by counsel, requests that the above-captioned case be reopened pursuant to 11 U.S.C. § 350(b) in order to accord relief to the Debtor and in support thereof aver as follows:

1. The Debtor filed bankruptcy pursuant to Chapter 7 of the Bankruptcy Code on July 21, 2020, he received his discharge on October 21, 2020, and his case was closed October 30, 2020.

2. Applicant seeks to reopen his case in order to file a Motion to Show Cause against the Social Security Administration.

3. Reopening his case by ex-parte application for the purpose of filing a Motion to Show Cause is authorized under 11 U.S.C. Section 350(b).

4.  That the interests of justice would be served by reopening Debtor's case to accord Debtor the relief originally sought.

WHEREFORE, Debtor requests that his case be re-opened to allow him to file a Motion to Show Cause against the Social Security Administration and for such other and further relief as this Court deems just and proper.

Date: February 13, 2023

*/s/Rachel Edmiston*
Rachel Edmiston, WSBA #43684
Attorney for Debtor