Latife Neu
1825 NW 65th Street
Seattle, WA 98117
(206) 297-6349
latife@neulegal.com

Hon. Marc Barreca
Chapter 7

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>DARRIN LENALD COOPER,<br><br>    Debtor. | Chapter 7<br><br>Cause No.: 20-11937-MLB<br><br>NOTICE OF APPEAL AND STATEMENT OF ELECTION |

COMES NOW the debtor, and enters this Notice of Appeal and Statement of Election.

Part 1: the Appellant

1. Name of Appellant: Darrin Lenald Cooper.

2. Postion of the apellant in the bankruptcy case that is the subject of this appeal: Debtor.

Part 2: the Subject of this Appeal

1. The judgement, order, or decree appealed from: Order Denying Debtor's Motion for an Order to Appear and Show Cause, docket number <u>38</u>, attached hereto.

2. The Order was entered on the docket on May 12, 2023.

Part 3: the Other Parties to the Appeal

1. Party: the United States, Social Security Administration.

Latife Neu, Attorney at Law
1825 NW 65th Street
Seattle, WA 98117
(206)297-6349
latife@neulegal.com

| | | |
|---|---|---|
| 1 | Attorney: | Nicolas Brown, United States Attorney |
| 2 | | United States Attorney's Office<br>700 Stewart Street, Ste 5220 |
| 3 | | Seattle, WA 98101 |

4  <u>Part 4: Election</u>

5  The appellant **does not** elect to have his appeal heard by the United States District Court rather

6  than the Bankruptcy Appellant Panel.

7

8  Signed,

9

10  */s/ Latife H. Neu*                                    */s/ Marc S. Stern*    WSBA #8194
1825 NW 65th Street                          1825 NW 65th Street
Seattle, WA 98117                            Seattle, WA 98117

11  Tel. 206-297-6349                             Tel. 206-448-7996
Email: latife@neulegal.com                Email: marc@hutzbah.com

12  Co-counsel for Appellant                  Co-counsel for Appellant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Latife Neu, Attorney at Law
1825 NW 65th Street
Seattle, WA 98117
(206)297-6349
latife@neulegal.com