## UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

___

In re: DARRIN LENALD COOPER

    Debtor

-------------------------------

DARRIN LENALD COOPER

    Appellant

v.

SOCIAL SECURITY ADMINISTRATION

    Appellee

BAP No. WW-23-1098-CBS

Bankr. No. 2:20-bk-11937-MLB
Chapter 7

**FILED**

JAN 16 2024

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

___

### JUDGMENT

ON APPEAL from the United States Bankruptcy Court for Washington Western - Seattle.

THIS CAUSE came on to be heard on the record from the above court.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Panel that the judgment of the Bankruptcy Court is AFFIRMED.

### FOR THE PANEL,

Susan M Spraul
Clerk of Court
**By:** Patti Ippolito, Deputy Clerk